| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robert T Lodell<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–6183<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Debra A. Brazza–Lodell<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4713<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    4/6/22 |
| Case number: | 22–12803–CMG | Date case converted to chapter: | 7    6/13/22 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert T Lodell | Debra A. Brazza–Lodell |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 401 Greens Ridge Road<br>Stewartsville, NJ 08886 | 401 Greens Ridge Road<br>Stewartsville, NJ 08886 |
| 4. | **Debtor's attorney**<br>Name and address | Melinda D. Middlebrooks<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave<br>First Floor<br>Springfield, NJ 07081 | Contact phone 973–218–6877<br><br>Email:<br>middlebrooks@middlebrooksshapiro.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676-6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site:  www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 6/15/22 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 11, 2022 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/9/22** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-12803-CMG
Robert T Lodell  Chapter 7
Debra A. Brazza-Lodell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Jun 15, 2022  Form ID: 309A  Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert T Lodell, Debra A. Brazza-Lodell, 401 Greens Ridge Road, Stewartsville, NJ 08886-2512 |
| aty | + | Angela Nascondiglio Stein, Middelbrooks Shapiro, P.C., 841 Mountain Avenue, First Floor, Springfield, NJ 07081-3437 |
| aty | + | Jessica M. Minneci, Middlebrooks Shapiro P.C., 841 Mountain Ave., 1st Floor, Springfield, NJ 07081-3437 |
| 519550044 | | American Anesthesiology of New Jersey, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 519550056 | + | ISN Corporation-Western Operations Cente, Attn: Secretary Held Loan Servicing, 2000 N. Classen Blvd., Suite #3200, Oklahoma City, OK 73106-6034 |
| 519550058 | | LMR Disposal LLC, PO Box 309, Phillipsburg, NJ 08865-0309 |
| 519550066 | + | Publishers Clearing House, 101 Winners Circle Lane, Jericho, NY 11753-2714 |
| 519550068 | + | Service Experts NJ Plumbing LLC, d/b/a Fras-Air/General, 178 Route 206, Suite E, Hillsborough, NJ 08844-4149 |
| 519550071 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519575579 | + | United Telephone Company of New Jersey, Inc., Centurylink Communications, LLC., 1025 El Dorado Blvd. (Attn:Legal-BKY), Broomfield, CO 80021-8254 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: middlebrooks@middlebrooksshapiro.com | Jun 15 2022 20:39:00 | Melinda D. Middlebrooks, Middlebrooks Shapiro, P.C., 841 Mountain Ave, First Floor, Springfield, NJ 07081 |
| tr | + | EDI: BJMMCDONNELLIII.COM | Jun 16 2022 00:38:00 | John Michael McDonnell, John Michael McDonnell, Ch. 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519550043 | + | Email/Text: mreed@affcollections.com | Jun 15 2022 20:40:00 | Accurate Collection Services, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519550045 | + | EDI: CAPITALONE.COM | Jun 16 2022 00:38:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519564838 | + | EDI: AIS.COM | Jun 16 2022 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519564841 | + | EDI: AIS.COM | Jun 16 2022 00:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519550046 | | Email/Text: bmg.bankruptcy@centurylink.com | Jun 15 2022 20:40:00 | Century Link, P.O. Box 1319, Charlotte, NC 28201-1319 |
| 519550047 | + | EDI: WFNNB.COM | Jun 16 2022 00:38:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 22-12803-CMG    Doc 29    Filed 06/17/22    Entered 06/18/22 00:12:10    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2022 | Form ID: 309A | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 519550048 | + | EDI: WFNNB.COM | Jun 16 2022 00:38:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519550049 | + | EDI: WFNNB.COM | Jun 16 2022 00:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519550050 | + | EDI: WFNNB.COM | Jun 16 2022 00:38:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519550051 | + | EDI: WFNNB.COM | Jun 16 2022 00:38:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519550052 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2022 20:44:28 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519550053 | | EDI: AMINFOFP.COM | Jun 16 2022 00:38:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519550054 | + | EDI: IIC9.COM | Jun 16 2022 00:38:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519550055 | | EDI: IRS.COM | Jun 16 2022 00:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519586502 | | EDI: JEFFERSONCAP.COM | Jun 16 2022 00:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519550057 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 20:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519552260 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 20:44:43 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519564826 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2022 20:44:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519550061 | | Email/Text: ml-ebn@missionlane.com | Jun 15 2022 20:39:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519638065 | + | EDI: AISMIDFIRST | Jun 16 2022 00:38:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519550060 | + | EDI: AISMIDFIRST | Jun 16 2022 00:38:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519550062 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2022 20:40:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519586465 | + | EDI: JEFFERSONCAP.COM | Jun 16 2022 00:38:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519550063 | + | Email/Text: bankruptcy@ncaks.com | Jun 15 2022 20:39:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 519637045 | | Email/Text: bankruptcy@ncaks.com | Jun 15 2022 20:39:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 519550064 | + | Email/Text: bnc@nordstrom.com | Jun 15 2022 20:40:30 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519550065 | | EDI: PRA.COM | Jun 16 2022 00:38:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519585001 | | EDI: PRA.COM | Jun 16 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Progress One Financial, LLC, POB 41067, Norfolk VA 23541 |
| 519550059 | | Email/Text: signed.order@pfwattorneys.com | Jun 15 2022 20:40:00 | LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |

Case 22-12803-CMG    Doc 29    Filed 06/17/22    Entered 06/18/22 00:12:10    Desc Imaged
                        Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2022 | Form ID: 309A | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 519621212 | + | EDI: JEFFERSONCAP.COM | Jun 16 2022 00:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519629121 | | EDI: Q3G.COM | Jun 16 2022 00:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519584437 | | EDI: Q3G.COM | Jun 16 2022 00:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519635157 | | EDI: Q3G.COM | Jun 16 2022 00:38:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519632431 | | EDI: Q3G.COM | Jun 16 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519629114 | | EDI: Q3G.COM | Jun 16 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519550067 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 20:44:36 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519550069 | + | EDI: CBS7AVE | Jun 16 2022 00:38:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519550070 | + | Email/Text: clientservices@simonsagency.com | Jun 15 2022 20:40:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519550072 | + | EDI: RMSC.COM | Jun 16 2022 00:38:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519550073 | + | EDI: CAPITALONE.COM | Jun 16 2022 00:38:00 | Syncb/walmart, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 519551569 | + | EDI: RMSC.COM | Jun 16 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519636955 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 20:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519550074 | + | EDI: WTRRNBANK.COM | Jun 16 2022 00:38:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519550075 | + | EDI: TCISOLUTIONS.COM | Jun 16 2022 00:38:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519555931 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 15 2022 20:44:40 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 |
| 519550076 | ^ | MEBN | Jun 15 2022 20:39:42 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 519550077 | + | EDI: CBS7AVE | Jun 16 2022 00:38:00 | Wisconsin Cheeseman, Attn: Bankruptcy, 1112 7th Ave, Madison, WI 53782-0001 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 15, 2022 | Form ID: 309A | Total Noticed: 61 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022				Signature:		/s/Gustava Winters