UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
LODELL, Robert T. &  
BRAZZA-LODELL, Debra A.

Case No.: 22-12803  
Chapter: 7  
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court Clerk  
Clarkson S. Fisher U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __August 16, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
401 Greens Ridge Road  
Stewartsville, New Jersey 08886

FMV=$450,000

Liens on property:

Lien=$412,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $38,000

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Robert T Lodell  
Debra A. Brazza-Lodell  
    Debtors

Case No. 22-12803-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jul 12, 2022      Form ID: pdf905      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert T Lodell, Debra A. Brazza-Lodell, 401 Greens Ridge Road, Stewartsville, NJ 08886-2512 |
| 519550044 | | American Anesthesiology of New Jersey, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 519550056 | + | ISN Corporation-Western Operations Cente, Attn: Secretary Held Loan Servicing, 2000 N. Classen Blvd., Suite #3200, Oklahoma City, OK 73106-6034 |
| 519550058 | | LMR Disposal LLC, PO Box 309, Phillipsburg, NJ 08865-0309 |
| 519550066 | + | Publishers Clearing House, 101 Winners Circle Lane, Jericho, NY 11753-2714 |
| 519550068 | + | Service Experts NJ Plumbing LLC, d/b/a Fras-Air/General, 178 Route 206, Suite E, Hillsborough, NJ 08844-4149 |
| 519550071 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519575579 | + | United Telephone Company of New Jersey, Inc., Centurylink Communications, LLC., 1025 El Dorado Blvd. (Attn:Legal-BKY), Broomfield, CO 80021-8254 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2022 23:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2022 23:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519550043 | + | Email/Text: mreed@affcollections.com | Jul 12 2022 23:16:00 | Accurate Collection Services, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519550045 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 23:23:55 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519564838 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2022 23:23:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519564841 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2022 23:24:03 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519550046 | | Email/Text: bmg.bankruptcy@centurylink.com | Jul 12 2022 23:16:00 | Century Link, P.O. Box 1319, Charlotte, NC 28201-1319 |
| 519550047 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 23:16:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519550048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 23:16:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519550049 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 23:16:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519550050 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 23:16:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519550051 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 22-12803-CMG    Doc 37    Filed 07/14/22    Entered 07/15/22 00:11:37    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf905 | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| | | Jul 12 2022 23:16:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519550052 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 12 2022 23:24:02 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519550053 | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 12 2022 23:24:03 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519550054 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Jul 12 2022 23:16:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519550055 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 12 2022 23:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519586502 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 12 2022 23:16:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519550057 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jul 12 2022 23:16:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519552260 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 12 2022 23:23:57 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519564826 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 12 2022 23:23:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519550061 | Email/Text: ml-ebn@missionlane.com | | |
| | | Jul 12 2022 23:16:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519638065 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Jul 12 2022 23:24:09 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519550060 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Jul 12 2022 23:24:09 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519550062 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 12 2022 23:16:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519586465 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 12 2022 23:16:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519550063 | + Email/Text: bankruptcy@ncaks.com | | |
| | | Jul 12 2022 23:16:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 519637045 | Email/Text: bankruptcy@ncaks.com | | |
| | | Jul 12 2022 23:16:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 519550064 | + Email/Text: bnc@nordstrom.com | | |
| | | Jul 12 2022 23:16:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519550065 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 12 2022 23:24:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519585001 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 12 2022 23:23:57 | Portfolio Recovery Associates, LLC, c/o Progress One Financial, LLC, POB 41067, Norfolk VA 23541 |
| 519550059 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jul 12 2022 23:16:00 | LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519621212 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 12 2022 23:16:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519629121 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 12 2022 23:16:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519584437 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 12 2022 23:16:00 | Quantum3 Group LLC as agent for, Galaxy |

| | | | |
|---|---|---|---|
| | | | International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519635157 | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2022 23:16:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519632431 | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2022 23:16:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519629114 | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2022 23:16:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519550067 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 23:24:04 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519550069 | + Email/Text: bankruptcy@sccompanies.com | Jul 12 2022 23:17:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519550070 | + Email/Text: clientservices@simonsagency.com | Jul 12 2022 23:16:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519550072 | + Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 23:24:02 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519550073 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 23:24:01 | Syncb/walmart, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 519551569 | + Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 23:24:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519636955 | + Email/Text: bncmail@w-legal.com | Jul 12 2022 23:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519550074 | + Email/Text: bncmail@w-legal.com | Jul 12 2022 23:16:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519550075 | + Email/Text: bknotices@totalcardinc.com | Jul 12 2022 23:16:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519555931 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 12 2022 23:23:54 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 |
| 519550076 | ^ MEBN | Jul 12 2022 23:13:24 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 519550077 | + Email/Text: bankruptcy@sccompanies.com | Jul 12 2022 23:17:00 | Wisconsin Cheeseman, Attn: Bankruptcy, 1112 7th Ave, Madison, WI 53782-0001 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Robert T Lodell nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Debra A. Brazza-Lodell nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Joint Debtor Debra A. Brazza-Lodell jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Debtor Robert T Lodell jminneci@middlebrooksshapiro.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Melinda D. Middlebrooks | on behalf of Debtor Robert T Lodell middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Debra A. Brazza-Lodell middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10