Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22–12803–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert T Lodell
401 Greens Ridge Road
Stewartsville, NJ 08886

Debra A. Brazza–Lodell
401 Greens Ridge Road
Stewartsville, NJ 08886

Social Security No.:
xxx–xx–6183

xxx–xx–4713

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

401 Greens Ridge Road, Stewartsville, New Jersey 08886.

Dated: August 10, 2022
JAN: wdr

Jeanne Naughton
Clerk