| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert T Lodell<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6183<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Debra A. Brazza–Lodell<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4713<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  22–12803–CMG | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert T Lodell                                Debra A. Brazza–Lodell

__10/20/22__                                  **By the court:**  <u>Christine M. Gravelle</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-12803-CMG
Robert T Lodell  Chapter 7
Debra A. Brazza-Lodell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Oct 20, 2022 | Form ID: 318 | Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert T Lodell, Debra A. Brazza-Lodell, 401 Greens Ridge Road, Stewartsville, NJ 08886-2512 |
| 519550044 | | American Anesthesiology of New Jersey, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 519550054 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164 |
| 519550056 | + | ISN Corporation-Western Operations Cente, Attn: Secretary Held Loan Servicing, 2000 N. Classen Blvd., Suite #3200, Oklahoma City, OK 73106-6034 |
| 519550058 | | LMR Disposal LLC, PO Box 309, Phillipsburg, NJ 08865-0309 |
| 519550066 | + | Publishers Clearing House, 101 Winners Circle Lane, Jericho, NY 11753-2714 |
| 519550068 | + | Service Experts NJ Plumbing LLC, d/b/a Fras-Air/General, 178 Route 206, Suite E, Hillsborough, NJ 08844-4149 |
| 519550071 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519575579 | + | United Telephone Company of New Jersey, Inc., Centurylink Communications, LLC., 1025 El Dorado Blvd. (Attn:Legal-BKY), Broomfield, CO 80021-8254 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519550043 | + | Email/Text: mreed@affcollections.com | Oct 20 2022 20:32:00 | Accurate Collection Services, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519550045 | + | EDI: CAPITALONE.COM | Oct 21 2022 00:28:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519564838 | + | EDI: AIS.COM | Oct 21 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519564841 | + | EDI: AIS.COM | Oct 21 2022 00:28:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519550046 | | Email/Text: bmg.bankruptcy@centurylink.com | Oct 20 2022 20:32:00 | Century Link, P.O. Box 1319, Charlotte, NC 28201-1319 |
| 519550047 | + | EDI: WFNNB.COM | Oct 21 2022 00:28:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519550048 | + | EDI: WFNNB.COM | Oct 21 2022 00:28:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519550049 | + | EDI: WFNNB.COM | Oct 21 2022 00:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 22-12803-CMG    Doc 47    Filed 10/22/22    Entered 10/23/22 00:13:39    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 318 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 519550050 | + | EDI: WFNNB.COM | Oct 21 2022 00:28:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519550051 | + | EDI: WFNNB.COM | Oct 21 2022 00:28:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519550052 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:43:59 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519550053 | | EDI: AMINFOFP.COM | Oct 21 2022 00:28:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519550054 | | EDI: LCIICSYSTEM | Oct 21 2022 00:28:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164 |
| 519550055 | | EDI: IRS.COM | Oct 21 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519586502 | | EDI: JEFFERSONCAP.COM | Oct 21 2022 00:28:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519550057 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2022 20:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519552260 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:02 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519564826 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:43:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519550061 | | Email/Text: ml-ebn@missionlane.com | Oct 20 2022 20:31:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519638065 | + | EDI: AISMIDFIRST | Oct 21 2022 00:28:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519550060 | + | EDI: AISMIDFIRST | Oct 21 2022 00:28:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519550062 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 20:31:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519586465 | + | EDI: JEFFERSONCAP.COM | Oct 21 2022 00:28:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519550063 | + | Email/Text: bankruptcy@ncaks.com | Oct 20 2022 20:31:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 519637045 | | Email/Text: bankruptcy@ncaks.com | Oct 20 2022 20:31:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 519550064 | + | Email/Text: bnc@nordstrom.com | Oct 20 2022 20:31:57 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519550065 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519585001 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Progress One Financial, LLC, POB 41067, Norfolk VA 23541 |
| 519550059 | | Email/Text: signed.order@pfwattorneys.com | Oct 20 2022 20:31:00 | LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519621212 | + | EDI: JEFFERSONCAP.COM | Oct 21 2022 00:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519629121 | | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Sadino |

Case 22-12803-CMG    Doc 47    Filed 10/22/22    Entered 10/23/22 00:13:39    Desc Imaged
                               Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 318 | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519584437 | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519635157 | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519632431 | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519629114 | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519550067 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:01 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519550069 | + EDI: CBS7AVE | Oct 21 2022 00:28:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519550070 | + Email/Text: clientservices@simonsagency.com | Oct 20 2022 20:32:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519550072 | + EDI: RMSC.COM | Oct 21 2022 00:28:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519550073 | + EDI: CAPITALONE.COM | Oct 21 2022 00:28:00 | Syncb/walmart, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 519551569 | + EDI: RMSC.COM | Oct 21 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519636955 | + Email/Text: bncmail@w-legal.com | Oct 20 2022 20:32:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519550074 | + EDI: WTRRNBANK.COM | Oct 21 2022 00:28:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519550075 | + EDI: TCISOLUTIONS.COM | Oct 21 2022 00:28:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519555931 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 20 2022 20:44:08 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 |
| 519550076 | ^ MEBN | Oct 20 2022 20:30:26 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 519550077 | + EDI: CBS7AVE | Oct 21 2022 00:28:00 | Wisconsin Cheeseman, Attn: Bankruptcy, 1112 7th Ave, Madison, WI 53782-0001 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Robert T Lodell nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Debra A. Brazza-Lodell nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Joint Debtor Debra A. Brazza-Lodell jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Debtor Robert T Lodell jminneci@middlebrooksshapiro.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Melinda D. Middlebrooks | on behalf of Debtor Robert T Lodell middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Debra A. Brazza-Lodell middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10